

# NUMBER 13-18-00558-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

ALBERTO EDUARDO
ARJONA LOPEZ,                                          **Appellant,**

**v.**

ENRIQUE CARREON,                                         **Appellee.**

---

### On appeal from the County Court at Law No. 2
### of Hidalgo County, Texas.

---

# MEMORANDUM OPINION

### Before Chief Justice Valdez and Justices Longoria and Hinojosa
### Memorandum Opinion by Chief Justice Valdez

Appellant Alberto Eduardo Arjona Lopez filed an appeal from a judgment entered by the County Court at Law No. 2 of Hidalgo County, Texas, in cause number CL-18-2676-B. Appellant has filed an unopposed motion to dismiss this appeal. According to the motion to dismiss, there has been an agreement as to the resolution of the case;

therefore, the appeal has now become moot. Appellant requests that this Court dismiss the appeal.

The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED. Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

**/s/ Rogelio Valdez**
ROGELIO VALDEZ
Chief Justice

Delivered and filed the
15th day of November, 2018.

2